No. 81–496. FEENEY ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 81–509. DUWAMISH INDIAN TRIBE ET AL. *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied. 

No. 81–516. STUMPFF *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 81–520. NATIONAL FOOTBALL LEAGUE *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 81–522. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 652 F. 2d 1140.

No. 81–532. HOLT *v.* WYRICK, WARDEN, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied. 

No. 81–540. SOUTH PARK INDEPENDENT SCHOOL DISTRICT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 81–565. CONNECTICUT *v.* GLIDDEN. C. A. 2d Cir. Certiorari denied. 

No. 81–594. NEWSPAPER GUILD OF WILKES-BARRE, LOCAL 120, ET AL. *v.* WILKES-BARRE PUBLISHING CO.; and

No. 81–791. WILKES-BARRE PUBLISHING CO. *v.* NEWSPAPER GUILD OF WILKES-BARRE, LOCAL 120, ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 647 F. 2d 372.

No. 81–601. COSMOPOLITAN BROADCASTING CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 81–603. BULGARIAN AMERICAN LEAGUE ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–615. GRAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.